UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Herbert Hamlett, Terrell Saunders,
Dwight Campbell, Hashim Hamlett,
Quentin Wilson, Salim Hamisi,
Marvin Anderson, Khalid Satary,
John McGhee, Lamar Turner,
Otto Taylor, Shams Diggs,
Timothy Yuknavich, Marvin Hamilton,
Bobby Mabry, John Talley,
Gregory Foster, Tommy Thomason,
Timothy Morris, Fred Ellis    PLAINTIFFS

CASE NO._____

BBM

VS

US Marshalls Service
South Fulton Municipal Regional Jail
US Bureau of Prisons
US Attorney General    DEFENDANTS

Civil Rights Complaint 42 USC 1983

Comes now the Plaintiffs pro se pursuant to 42 USC 1983 as follows

I.

The plaintiffs constitutional rights have been violated pursuant to the VIII and XIV Amendments of the Constitution of the United States

II.

Plaintiffs are all detainees at the South Fulton Metropolitan Regional Jail, 6500 Watson St, Union City Georgia, which is under contract to the US Marshalls Service, and under jurisdiction of this Court

## III

The defendants have been deliberately indifferent to the serious medical needs of the plaintiffs, causing wanton and unnecessary pain.

## IV

The defendants have withheld and violated the plaintiffs right to excercise their religious beliefs.

## V

The defendants have failed to provide adequate meals pursuant to the guidelines established by the US bureau of prisons.

## VI

The defendants have failed to provide proper hygiene facilities, access to outside recreation, access to law library or other legal facilities.

## VII

The defendants have failed to respond to the established grievance system in place for federal prisoners

Wherefore the plaintiffs ask this court for immediate relief as follows. The appointment of court monitor to oversee the correction of these violations of Constitutional rights and law

COMPENSATORY DAMAGES IN THE AMOUNT OF ($400,000.00) FOUR HUNDRED THOUSAND DOLLARS,

PUNITIVE DAMAGES IN THE AMOUNT OF ($1,000,000.00) ONE MILLION DOLLARS, AND ANY OTHER RELIEF THAT THIS COURT DEEMS PROPER.

Respectfully Submitted This 7th Day of March 2004

1. [signature]
2. Dwight Campbell
3. Jewell Saunders
4. Dashi Hartlett
5. Quentin Wilson
6. Sal Hall
7. Marvin Anderson
8. [signature] Smith
9. John McGee
10. [signature]
11. Otis Taylor
12. [signature]
13. [signature]
14. Marvin Hawk
15. [signature]
16. John Talley
17. Bobby Maloy
18. [signature] Thomas
19. Gregory Foster
20. Fred Ellis